# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2020

159768(83)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PHIL FORNER,
        Plaintiff-Appellant,

v

ALLENDALE CHARTER TOWNSHIP
SUPERVISOR,
        Defendant-Appellee.

_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159768
COA: 339072
Ottawa CC: 17-004849-AV

On order of the Court, the motion for reconsideration of this Court's May 20, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted.  MCR 7.311(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2020

Clerk

a0921